UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL TODD SNIPES,**

      **Plaintiff,**

v.                                                   **Case No: 6:14-cv-413-Orl-41TBS**

**VOLUSIA COUNTY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Tax Costs (Doc. 75). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 78), recommending that Defendant's motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 78), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Tax Costs (Doc. 75) is **GRANTED**.

3. **On or before August 16, 2016**, Defendant shall file a Bill of Costs (form available at http://www.flmd.uscourts.gov/forms/forms_policies.htm), reflecting total costs in the amount of $5,796.22.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2016.



Copies furnished to:

Counsel of Record